**Order filed July 24, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00599-CV

————————

## IN THE INTEREST OF B.M., M.L., AND A.A.C., Children

---

**On Appeal from the 314th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-02208J**

---

### O R D E R

The clerk's record was filed July 23, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the trial court's judgment.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before July 30, 2013, containing the trial court's judgment.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM